IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00699-WJM-MEH

JULIE JOHNSON,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 3, 2015.**

    Defendant's Unopposed Motion for Entry of Stipulated Protective Order [filed October 30, 2015; docket #18], is **denied without prejudice**. The parties are granted leave to submit a revised proposed protective order containing a mechanism by which the parties may challenge the designation of information as confidential *that is consistent* with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382, 388-89 (D. Colo. 2000). The Court additionally reminds the parties that the remedy for dispute resolution within paragraph 11 should be for the designating party to file a motion, not "apply to the court to set a hearing." Finally, the Court will not retain continuing jurisdiction over a case once it is terminated, as set forth in paragraph 13.

    Should the parties choose to submit a revised proposed protective order, the parties shall provide a copy in useable format (Word, WordPerfect) to Chambers by email at hegarty_chambers@cod.uscourts.gov.