IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00699-MEH

JULIE JOHNSON,

      Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

      Defendant.

_____

**MINUTE ORDER**
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 4, 2015.**

      Plaintiff's Unopposed Motion to Modify Scheduling Order to Extend Briefing Schedule in this ERISA-Governed Insurance Dispute [filed December 3, 2015; docket #23] is **granted**.  For good cause shown, paragraph 6 of the Scheduling Order is modified as follows:

| | |
|---|---|
| Deadline for filing Plaintiff's Opening Brief: | January 15, 2016 |
| Deadline for filing Defendant's Response Brief: | 30 days after filing of opening brief |
| Deadline for filing Plaintiff's Reply Brief: | 15 days after filing of response brief |

      All other deadlines and conference and trial dates remain unchanged from those set forth in the Scheduling Order. *See* docket #16.