IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No:    1:15-cv-00699-WJM-MEH   Date:  February 26, 2016
Courtroom Deputy:   Molly Davenport             FTR:   Courtroom A 501

_Parties:_                                         _Counsel:_

JULIE JOHNSON                                      Shawn McDermott
                                                   Dale Casares

   Plaintiffs,

v.

LIFE INSURANCE COMPANY OF AMERICA      Jack Englert

   Defendant.

**COURTROOM MINUTES
MOTION HEARING**

**2:49 p.m.      Court in session.**

Court calls case.  Appearances of counsel.

**ORDERED**:      [30] MOTION to Compel Discovery Responses by Plaintiff Julie Johnson
Is granted in part and denied in part as stated on the record.

The documents that are to be produced to Magistrate Judge Hegarty for _in camera_ review are due on or before March 15, 2016.

**4:20 p.m.      Court in recess.**   Hearing concluded.
Total in-court time   01:31

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.