IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00699-WJM-MEH

JULIE JOHNSON,

     Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

     Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 14, 2016.**

     Plaintiff's Third Unopposed Motion to Modify Scheduling Order to Extend Briefing Schedule in this ERISA-Governed Insurance Dispute [filed April 12, 2016; docket #42] is **granted**. For good cause shown, paragraph 6 of the Scheduling Order is modified as follows:

| | |
|---|---|
| Deadline for filing Plaintiff's Opening Brief: | June 30, 2016 |
| Deadline for filing Defendant's Response Brief: | 30 days after filing of opening brief |
| Deadline for filing Plaintiff's Reply Brief: | 15 days after filing of response brief |

     All other deadlines and conference and trial dates remain unchanged from those set forth in the Scheduling Order. *See* docket #16.